IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA            *

vs.                                                             *            Case No.   PX 23-cr-00305-1

Leslie Sharp, Jr.                                       *

******

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by _____Patricia Richman_____, and the Government was represented by Assistant United States Attorney _____Joel Crespo_____, it is

**ORDERED,** this _____15th_____ day of _September_ 2023, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

_____
Timothy J. Sullivan
United States Magistrate Judge

U.S. District Court (4/2000) Criminal Magistrate Forms: Detention by Agreement