IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * CRIMINAL NO. PX-23-305 |
| LESLIE SHARP JR., | * |
| Defendant | * |

*******

**JOINT STATUS REPORT**

**I.   BACKGROUND**

On August 31, 2023, the grand jury returned a sealed indictment charging defendant Leslie Sharp Jr. with one count of felon in possession of firearms and ammunition, in violation of 18 U.S.C. § 922(g).  ECF No. 1.  On September 15, 2023, an initial appearance and arraignment were held before the Honorable Magistrate Judge Timothy J. Sullivan.  ECF No. 5.  The Defendant consented to detention pending trial, without prejudice.  ECF No. 9.

**II.   CASE STATUS**

The Government made an initial discovery production in this case on October 4, 2023. The Government intends to make additional discovery productions as the case moves forward and defense counsel makes additional requests.

Further, the parties are discussing potential resolution of this case—the parties received a completed pre-plea investigation on November 1, 2023.  The parties are currently reviewing that investigation and discussing a plea agreement.

**III.     TOLLING UNDER THE SPEEDY TRIAL ACT**

On September 20, 2023, the Court granted the parties' consent motion tolling the Speedy Trial Clock from September 15, 2023, through November 15, 2023.  ECF No. 13.

On November 10, 2023, Counsel for the Government filed a consent motion to exclude time under the Speedy Trial Act from November 15, 2023, through January 15, 2023.  ECF No. 17.

**IV.     NEXT STEPS**

The parties would respectfully propose the following:

1. A status call has been set for January 3, 2024, and the parties will provide additional updates for the court during that status call.

        Respectfully submitted,

        Erek L. Barron
        United States Attorney

        _____/s/_____
        Joel Crespo
        Assistant United States Attorney