_____ FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

MAR 15 2024

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## ATTACHMENT A
## STIPULATION OF FACTS

*The undersigned parties stipulate and agree that if this case had proceeded to trial, this Office would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

On February 23, 2023, at approximately 12:44 a.m., Prince George's County Police ("PGPD") officers responded to a hotel in Laurel, Maryland for a 911 call where a female caller reported that the Defendant, **LESLIE SHARP Jr.** ("**SHARP**"), had stolen money from her and threatened to shoot her.

When the officers arrived, they observed **SHARP** in the hallway outside the hotel room referenced by the 911 caller. Upon seeing uniformed PGPD officers, **SHARP** entered the hotel room referenced in the 911 call. Officers followed him inside the hotel room since the door was left ajar as he entered. Officers saw the 911 caller inside the room and once the officers entered, the caller informed them that **SHARP** had a gun and that she had seen it. **SHARP** denied possession of a gun.

Officers asked **SHARP** to sit down and **SHARP** complied. The officers informed **SHARP** that they needed to conduct a pat down due to the nature of the 911 call. **SHARP** indicated that he did not want to be searched. While trying to conduct a pat down, **SHARP** acted evasively and pulled his arms away from the officers. **SHARP** began reaching for a yellow "fanny pack" styled satchel which was attached to his body. Officers then conducted a takedown of **SHARP** and felt a gun through the material of the satchel. Officers handcuffed **SHARP** and conducted a search of the yellow satchel, from which they seized a Smith & Wesson model M&P 9mm semiautomatic pistol, bearing serial number HAR8417, loaded with approximately 17 rounds of 9mm ammunition. **SHARP** was placed under arrest.

[cont'd]

**SHARP** knowingly possessed the pistol and ammunition seized from him on February 23, 2023. An ATF firearms analysis confirmed that the recovered pistol functioned as a firearm. The firearm was manufactured outside of Maryland, and therefore traveled in interstate and/or foreign commerce prior to being possessed by **SHARP** in Maryland on February 23, 2023. Prior to possessing the firearm and ammunition on February 23, 2023, **SHARP** had been—and knew that he had been—convicted of an offense punishable by more than one year imprisonment and his civil rights had not been restored.

SO STIPULATED:

_____
Joel Crespo
Brooke Oki
Assistant United States Attorneys

_____
Leslie Sharp Jr.
Defendant

_____
Patricia L. Richman, Esq.
Counsel for Defendant